# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF FLORIDA

www.flsb.uscourts.gov

## ADVERSARY PROCEEDING COVER SHEET

(Instructions on Reverse)

ADVERSARY PROCEEDING NUMBER (Court Use Only)

RECEIVED VIA MAIL DEC 19 05 CLERK, U.S. BANKRUPTCY COURT FT LAUDERDALE FL

| PLAINTIFFS | DEFENDANTS |
|---|---|
| BARRY MICHAEL KORNFELD | STEVEN GOLDSTEIN and JANET GOLDSTEIN |
| ATTORNEYS (Firm Name, Address, and Telephone No.)<br>MARK S. ROHER, ESQ. 561-395-0500<br>Furr and Cohen, P.A.<br>2255 Glades Road, Suite 337A<br>Boca Raton, Florida 33351 | ATTORNEYS (If Known) |

**PARTY** (Check one box only) ☐ 1 U.S. PLAINTIFF ☐ 2 U.S. DEFENDANT ☒ 3 U.S. NOT A PARTY

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)

Complaint by Debtor to Determine Dischargeability of Debt Where Creditors Omitted From Schedules.

### NATURE OF SUIT
(Check all causes of action in the complaint)

| | | | | | |
|---|---|---|---|---|---|
| ☐ 454 | To Recover Money or Property | ☐ 455 | To revoke an order of confirmation of a Chap. 11, Chap. 12, or Chap. 13 Plan | ☐ 456 | To obtain a declaratory judgment relating to any of foregoing causes of action |
| ☐ 435 | To Determine Validity, Priority, or Extent of a Lien or Other Interest in Property | X 426 | To determine the dischargeability of a debt 11 U.S.C. § 523 | ☐ 459 | To determine a claim or cause of action removed to a bankruptcy court |
| ☐ 458 | To obtain approval for the sale of both the interest of the estate and of a co-owner in property | ☐ 434 | To obtain an injunction or other equitable relief | ☐ 498 | Other (specify) |
| ☐ 424 | To object or to revoke a discharge 11 U.S.C. § 727 | ☐ 457 | To subordinate any allowed claim or interest except where such subordination is provided in a plan | | |

**ORIGIN OF PROCEEDINGS** (check one box only.) X Original Proceeding ☐ Removed Proceeding ☐ Reinstated or Reopened ☐ Transferred from Another Bankruptcy Court

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

| DEMAND $ | OTHER RELIEF SOUGHT | ☐ JURY DEMAND (Check only if demanded in complaint) |
|---|---|---|

**BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES**

| | | |
|---|---|---|
| NAME OF DEBTOR<br>BARRY MICHAEL KORNFELD | | BANKRUPTCY CASE NO.<br>02-29360-BKC-PGH |
| DISTRICT IN WHICH CASE IS PENDING<br>SOUTHERN | DIVISIONAL OFFICE<br>FORT LAUDERDALE | NAME OF JUDGE<br>PAUL G. HYMAN, JR. |

**RELATED ADVERSARY PROCEEDING (IF ANY)**

| | | |
|---|---|---|
| PLAINTIFF | DEFENDANT | ADVERSARY PROCEEDING NO. |
| DISTRICT | DIVISIONAL OFFICE | NAME OF JUDGE |

**FILING FEE** (Check one box only) ☐ FEE ATTACHED ☒ FEE NOT REQUIRED ☐ FEE IS DEFERRED
**CORPORATE OWNERSHIP STATEMENT (AS REQUIRED BY BR 7007.1)** ☐ **ATTACHED** ☐ **NOT REQUIRED (INDIVIDUAL OR NO ENTITIES TO REPORT**

| | | |
|---|---|---|
| DATE<br>DECEMBER 15, 2005 | PRINT NAME<br>MARK S. ROHER, ESQ.<br>FL BAR NO. 178098 | SIGNATURE OF ATTORNEY (OR PLAINTIFF)<br>[signature] |

H:\LIBRARY\BANKRUPTCY\Kornfeld Barry 02-429\PLD\Adv Cover Sheet.wpd